# FRANÇOIS BABY
### v.
# JOSEPH LAPLANTE

1807

## Journal Entries

1. Postponement . . . . . . . . . *Journal, infra,* *p. 96
2. Decision . . . . . . . . . . . . " 103

## Papers in File

[None]